UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHERYL RIPLEY, Individually and On Behalf of All Others Similarly Situated,,** | **CIVIL ACTION NO. 3:19-cv-01811-RNC** |
| **PLAINTIFF,** | |
| v. | |
| **TRINITY HEALTH CORPORATION, TRINITY HEALTH OF NEW ENGLAND CORPORATION, INC., and SAINT FRANCIS HOSPITAL AND MEDICAL CENTER,** | |
| **DEFENDANTS.** | February 28, 2020 |

## MOTION TO DISMISS COMPLAINT AS TO TRINITY HEALTH CORPORATION AND MOTION TO STRIKE CLASS ALLEGATIONS BY TRINITY HEALTH OF NEW ENGLAND CORPORATION, INC. AND SAINT FRANCIS HOSPITAL AND MEDICAL CENTER

Pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Trinity Health Corporation, by its attorneys, Littler Mendelson, P.C., hereby moves to dismiss all seven counts asserted against it in the Class and Collective Complaint dated November 14, 2019 ("Complaint"). These counts must be dismissed as to this specific defendant because Plaintiff Cheryl Ripley has not pled sufficient facts to support employer status as to Trinity Health Corporation, and therefore she does not have standing to assert claims against this entity in an individual or representative capacity.

In addition, Defendants Trinity Health Of New England Corporation, Inc. and Saint Francis Hospital and Medical Center move to strike the broad and exceeding

vague class and collective allegations that seek to define the putative class as comprised of employees who performed work at any location other than the facility operated by St. Francis Hospital and Medical Center, which is the facility at which Plaintiff worked for the entire course of her employment.  These allegations should be stricken under Rule 12(f) of the Federal Rules of Civil Procedure as they are immaterial and prejudicial to define the collective and putative class to include individuals whom Plaintiff cannot represent.

In support of this motion, Defendants submit the attached memorandum of law.

Respectfully submitted,

By: /s/  Elizabeth R. McKenna
Lori B. Alexander (CT08970)
Elizabeth R. McKenna  (CT28113)
One Century Tower, Suite 300
265 Church Street
New Haven, CT 06510
Tel: (203) 974-8714
Fax: (203) 823.4801
Email: lalexander@littler.com
emckenna@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ Elizabeth R. McKenna*
                                              Elizabeth R. McKenna (CT28113)