UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHERYL RIPLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br>TRINITY HEALTH CORPORATION, TRINITY HEALTH OF NEW ENGLAND CORPORATION, INC., and SAINT FRANCIS HOSPITAL AND MEDICAL CENTER,<br><br>Defendants. | CIVIL ACTION NO. 3:19-CV-01811-RNC |

## JOINT MOTION TO APPROVE FLSA SETTLEMENT

Plaintiff Cheryl Ripley ("Plaintiff") and Defendants Trinity Health Corporation, Trinity Health of New England Corporation, Inc., and Saint Francis Hospital and Medical Center (collectively, "Defendants") move this Court to approve the parties' settlement of these Fair Labor Standards Act ("FLSA") claims. The settlement represents a fair and reasonable resolution of a bona fide FLSA dispute. The parties therefore respectfully request the Court grant this Motion, approve the Settlement Agreement, and dismiss this case with prejudice. The parties contemporaneously submit a memorandum in support of this motion.[1]

---

[1] Plaintiff files the settlement agreement provisionally under seal. On June 10, 2025, Plaintiff's counsel emailed Defendant's counsel, explain that he "called [her] earlier today and also left a message with [her] assistant. We waited to file given that the settlement agreement provides that 'Plaintiff will not oppose Defendants' efforts to have the Court review this Settlement Agreement under seal for in camera review.' Since we have not heard back from you, we will file the motion tonight by 5:00 pm ET with the agreement provisionally under seal."

1

Dated: June 10, 2025

          **SCHNEIDER WALLACE**
          **COTTRELL KONECKY LLP**

          */s/ Robert E. Morelli, III*
          Carolyn H. Cottrell (*pro hac vice*)
          Ori Edelstein (*pro hac vice*)
          Robert E. Morelli, III (*pro hac vice*)
          2000 Powell Street, Suite 1400
          Emeryville, California 94608
          Tel: (415) 421-7100; Fax: (415) 421-7105
          ccottrell@schneiderwallace.com
          oedelstein@schneiderwallace.com
          rmorelli@schneiderwallace.com

          John J. Nestico
          6000 Fairview Road, Suite 1200
          Charlotte, North Carolina 28210
          Tel: (510) 740-2946; Fax: (415) 421-7105
          jnestico@schneiderwallace.com

          *Attorneys for Plaintiff, Class, and Collective Members*

          **&**

          Elizabeth R. McKenna (CT28113)
          LITTLER MENDELSON, P.C.
          One Century Tower265 Church Street, Suite 300
          New Haven, CT  06510
          Telephone: 203.974.8700
          Facsimile: 203.974.8799
          emckenna@littler.com
          lalexander@littler.com

ATTORNEYS FOR DEFENDANTS TRINITY HEALTH CORPORATION, TRINITY HEALTH OF NEW ENGLAND CORPORATION, INC., and SAINT FRANCIS HOSPITAL AND MEDICAL CENTER.

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's CM/ECF filing system.

                                */s/ Robert E. Morelli, III*
                                Robert E. Morelli, III